US BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>ANGEL MANUEL RIVERA PANTOJA<br><br>DEBTOR | CASE NUMBER 13-00189- ESL |

MOTION TO REQUEST THE WITHDRAWAL OF TRUSTEE'S

CONSIGNMENT OF DEBTOR'S FUNDS BY VIRTUE OF DEATH

**NOW COMES,** SUCESION OF ANGEL MANUEL RIVERA PANTOJA composed by Mr. ANGEL MANUEL RIVERA CABAN and Mr. LUIS ROBERTO RIVERA CABAN, pro se, and very respectfully **STATES and PRAYS:**

1. The Debtor Angel Manuel Rivera filed a Chapter 13 bankruptcy case before this honorable Court. This case was voluntary dismissed on October 8, 2013 (Docket 66).

2. The Chapter 13 Trustee, Alejandro Oliveras Rivera consigns the check number 2126916 for the amount of $3,650.00 of funds that belongs to debtor.

3. The Debtor passed away on September 16, 2013 in Manatí, Puerto Rico. The heirs of Mr. Angel Manuel Rivera Pantoja are Mr. Angel Manuel Rivera Caban, Mr. Luis Roberto Rivera Caban and his widow, Mrs. Ana Celia Caban Vazquez. The widow passed away on October 5, 2013. (See Exhibit 1)

4. The First Recourse Court of Manati of the Commonwealth of Puerto Rico in Case Number CD2013-813 issued a final resolution in the civil case declaring who are the legitimate heirs of Angel Manuel Rivera Pantoja (See Exhibit 2).

5. The petition to declare who are the heirs of Ana Celia Caban Vazquez was filed at the First Recourse Court of Manati for the Commonwealth of Puerto Rico, Case Number CD2013-814. The resolution is pending for approval. As established in the petition the heirs are Mr. Angel Manuel Rivera Caban and Mr. Luis Roberto Rivera Caban. (See Exhibit 3)

6. For the above stated reasons, the heirs of Angel Manuel Rivera Pantoja are requesting the withdrawal of Trustee's consigned funds at the Secretary of this Court.

7. We pray to the Court to enter an order authorizing the issue of a check in favor of Mr. Angel Manuel Rivera Caban and Mr. Luis Roberto Rivera Caban.

Respectfully Submitted;

In San Juan, Puerto Rico, on the 13th day of January, 2014.

Angel Manuel Rivera Caban
PO BOX 215
Manatí. PR 00674
(787) 384-5706

Luis Roberto Rivera Caban
PO BOX 1106
Manatí. PR 00674
(787) 904-3056

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE MANATI

Ab Intestato
ANGEL MANUEL RIVERA PANTOJA

CASO NÚM. CD13-813

LUIS R. RIVERA CABAN
ANGEL M. RIVERA CABAN
Peticionarios
EX PARTE

SOBRE:

DECLARATORIA DE
HEREDEROS

## RESOLUCIÓN

Los peticionarios, **LUIS R. RIVERA CABAN** y **ANGEL M. RIVERA CABAN**, mayores de edad, casado y soltero, respectivamente, y residentes de Manatí, PR; han acudido a este tribunal alegando bajo juramento que su señor padre, **ANGEL MANUEL RIVERA PANTOJA**, falleció el día 16 de septiembre de 2013, en Manatí, Puerto Rico. El causante murió intestado y casado, y le sobrevivieron su cónyuge y sus dos hijos, quienes son sus únicos y universales herederos, a saber:

a) **ANA CELIA CABAN VAZQUEZ**, seguro social #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, mayor de edad, viuda, retirada y vecina de Urb. San Salvador, Calle Fernández Vanga B-13, Manatí, PR; con quien se casó el 7 de DICIEMBRE de 1946. Nacida en Manatí, Puerto Rico.
**Se hace constar que ANA CELIA CABAN VAZQUEZ falleció 19 días después que el aquí causante, y en esta misma fecha se encuentra radicada la petición de declaratoria de herederos de Doña Ana.**

b) **ANGEL MANUEL RIVERA CABAN**, seguro social #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, es mayor de edad, soltero, retirado, vecino de Urb. San Salvador, Calle Fernández Vanga B-13, Manatí, PR; quien nació el 17 de SEPTIEMBRE de 1947. Nacido en Barceloneta, Puerto Rico.

c) **LUIS ROBERTO RIVERA CABAN**, seguro social #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, es mayor de edad, casado, comerciante, vecino de Urb. Los Rosales, 4ta Ave. G-16, Manatí, PR; quien nació el 15 de OCTUBRE de 1948. Nacido en Manatí, Puerto Rico.

Luego de admitirse en evidencia toda la prueba documental sometida con la Petición; quedó probado a satisfacción de este tribunal, que el referido causante falleció sin dejar testamentaría de clase alguna, por lo que procede que se abra la sucesión intestada. Así se acreditó por Certificación Negativa de Testamento, emitida por el Registro de Testamentos que mantiene el Tribunal Supremo de Puerto Rico.

Se declaran únicos y universales herederos del causante, **ANGEL MANUEL RIVERA PANTOJA**, a su cónyuge, **ANA CELIA CABAN VAZQUEZ**, y a sus dos hijos previamente nombrados, **ANGEL MANUEL RIVERA CABAN** y **LUIS ROBERTO RIVERA CABAN**.

El causante dejó bienes sujetos a partición, en los municipios de Manatí, Barceloneta y Bayamón, Puerto Rico.

**REGÍSTRESE Y NOTIFÍQUESE.**

DADA en Manatí, Puerto Rico, a _12_ de _Diciembre_ de _2013_.

WANDA A. LINARES HERNANDEZ
JUEZ SUPERIOR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SUB SECCION DE DISTRITO
SALA SUPERIOR DE MANATÍ

| LUIS R. RIVERA CABÁN, ANGEL M. RIVERA CABÁN<br>CAUSANTE: ANGEL MANUEL RIVERA PANTOJA<br><br>VS<br><br>EX PARTE | CIVIL NUM: CD2013-813<br><br>Sobre:<br><br>DECLARATORIA DE HEREDEROS |
|---|---|

## NOTIFICACION DE SENTENCIA

El SECRETARIO que suscribe notifica a usted que este Tribunal ha dictado SENTENCIA en el caso de epígrafe con fecha 12 de diciembre de 2013, que ha sido debidamente registrada y archivada en los autos de este asunto, donde podrá usted enterarse detalladamente de los términos de la misma.

Y, siendo o representado usted la parte perjudicada por la sentencia, de la cual puede establecerse recurso de apelación, dirijo a usted esta notificación, habiendo archivado en los autos de este caso copia de ella con fecha de 13 de diciembre de 2013.

En Manatí, Puerto Rico, a 13 de diciembre de 2013.

A: LCDA. EDNALIZ RIVERA OLMO
PO BOX 1039
MANATI PR 00674

SORAYA GONZALEZ MALDONADO
Secretaria del Tribunal Confidencial II

POR: Sylvia T. Padilla Ortiz
Secretaria Auxiliar I

OAT-704 (Rev. junio/99)
Notificación de Sentencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE MANATI

Ab Intestato
ANA CELIA CABAN VAZQUEZ,
tcp ANA CELIA RIVERA

LUIS R. RIVERA CABAN
ANGEL M. RIVERA CABAN
Peticionarios
EX PARTE

CASO NÚM. CD2013-84

SOBRE:

DECLARATORIA DE
HEREDEROS

# PETICIÓN

**AL HONORABLE TRIBUNAL:**

Comparecen los aquí peticionarios **LUIS R. RIVERA CABAN** y **ANGEL M. RIVERA CABAN**, por conducto de la abogada que suscribe y muy respetuosamente EXPONEN, ALEGAN y SOLICITAN:

1. Los peticionarios son los hijos de la causante **ANA CELIA CABAN VAZQUEZ**, seguro social #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, y sus circunstancias personales se detallan en la alegación #6.

2. La causante antes mencionada falleció en Manatí, PR, el 5 de OCTUBRE de 2013. Su fallecimiento queda acreditado por el Certificado de Defunción debidamente expedido por el Departamento de Salud del Estado Libre Asociado de Puerto Rico. (Exhibit I)

3. Al momento de su muerte, la causante era mayor de edad, viuda y su último domicilio está localizado en Urb. San Salvador, Calle Fernández Vanga B-13, Manatí, PR 00674.

4. Según el mejor y leal saber y entender de los peticionarios, quienes exponen el origen de sus informes y los fundamentos en que se apoyan para creerlo, la referida causante falleció sin dejar voluntad testamentaria de clase alguna, lo cual se acredita por medio de una

1

Certificación Negativa del Registro de Testamentos del Estado Libre Asociado de Puerto Rico (Exhibit II).

5. Luego de haber hecho las investigaciones y registros correspondientes, tampoco les consta la existencia de algún testamento ológrafo que haya hecho la aquí causante.

6. Al fallecimiento de **ANA CELIA CABAN VAZQUEZ**, le sobrevivieron sus dos hijos:

    a) **ANGEL MANUEL RIVERA CABAN**, seguro social #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, es mayor de edad, soltero, retirado, vecino de Urb. San Salvador, Calle Fernández Vanga B-13, Manatí, PR; quien nació el 17 de SEPTIEMBRE de 1947. Se hace constar por el Certificado de Nacimiento debidamente expedido por el Departamento de Salud del Estado Libre Asociado de Puerto Rico. (Exhibit III)

    b) **LUIS ROBERTO RIVERA CABAN**, seguro social #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, es mayor de edad, casado, comerciante, vecino de Urb. Los Rosales, 4ta Ave. G-16, Manatí, PR; quien nació el 15 de OCTUBRE de 1948. Se hace constar por el Certificado de Nacimiento debidamente expedido por el Departamento de Salud del Estado Libre Asociado de Puerto Rico. (Exhibit IV)

7. Según el leal saber y mejor entender de los peticionario, la causante no procreó más hijos.

8. A la fecha de la muerte de la causante, ésta dejó en su caudal relicto varios bienes inmuebles que radican en los términos municipales de Manatí, Barceloneta y Bayamón, Puerto Rico.

9. Todo lo antes expuesto se hace valer por medio de la prueba documental que se acompaña y es parte de esta Petición; y que solicitamos sea admitida como evidencia.

POR TODO LO CUAL, se solicita de este Honorable Tribunal que, sin necesidad de celebrar vista y previa admisión de la prueba documental anejada y señalada en la presente Petición, sean declarados como únicos

y universales herederos ab-intestato de **ANA CELIA CABAN VAZQUEZ;**

sus hijos **ANGEL MANUEL** y **LUIS ROBERTO**, todos **RIVERA CABAN,**

con cualquier otro pronunciamiento que en derecho proceda.

En Manatí, Puerto Rico, a 2/diciembre de 2013.

**RESPETUOSAMENTE SOMETIDA**



LCDA. EDNALIZ RIVERA OLMO
RUA NUM. 14691
P.O. Box 1039
Manatí, P.R. 00674
Tel.: 385-2261
Fax: 854-3738
e-mail: eriveraolmo@yahoo.com

## JURAMENTO

NOSOTROS, **LUIS R. RIVERA CABAN** y **ANGEL M. RIVERA CABAN**, mayor de edad, casado y soltero, respectivamente; y vecinos de Manatí, PR; bajo el más solemne juramento, declaramos que nuestros nombres y circunstancias personales son las antes descritas; que somos los peticionarios en este caso, que hemos leído la petición que antecede y que los hechos en ella expresados son ciertos según nuestro mejor y leal entender.

PARA QUE ASÍ CONSTE, juramos y suscribimos la presente; en Manatí, Puerto Rico, hoy 27 de noviembre de 2013.

_____          _____
**LUIS R. RIVERA CABAN**        **ANGEL M. RIVERA CABAN**

**TESTIMONIO NÚM.** 1,053

Jurado y suscrito ANTE MÍ por **LUIS R. RIVERA CABAN y ANGEL M. RIVERA CABAN,** de las circunstancias personales antes expuestas y a quienes DOY FE de ~~conocer personalmente,~~ identificar mediante licencia de conducir 435569 y 393983 respectivamente.

En Manatí, Puerto Rico, hoy 27 de noviembre de 2013.

_____
**NOTARIO PÚBLICO**

3

# GOVERNMENT OF PUERTO RICO
## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICADO DE DEFUNCION
(DEATH CERTIFICATE)

| NÚMERO DE ÁREA | AÑO | NÚMERO DE REGISTRO | NÚMERO DE CERTIFICADO | | NÚMERO DE DEFUNCIÓN (DEATH NUMBER) |
|---|---|---|---|---|---|
| 152 | 2013 | 0188 | 829 | | 022002 |

**1. Lugar de Defunción (Place of Death):** Manatí
**Barrio:** Urb. San Salvador
**1.c. Lugar:** Muerte al llegar (DOA)
**2. Residencia Habitual del Fallecido:**
 a. Municipio: Manatí
 b. Estado o País: Puerto Rico
 c. Barrio:
 d. Poblado, Zona o Sitio: Urbana
**Tiempo de Estada:** 69 Años
**Dirección:** Urb. San Salvador c/Fernández Vargas B-13
**Tiempo de Estada:** En su Hogar
**3. Nombre y apellidos del Fallecido:** Ana Celia Cabán Vázquez
**4. Hora y Fecha de la Defunción:** 6:00 AM Oct. 5 2013
**Último grado escolar completado:** Colegio Universidad B-13 (14 os)
**5. Sexo:** F
**6. Estado Civil:** Viudo
**Nombre del Cónyuge:** Angel M. Rivera Pantoja
**7. Fecha de Nacimiento:** Agosto 28 1926
**8. Edad:** 87
**10. Ocupación Habitual:** Secretaria
**10.c. Clase de Industria o Negocio:** Radio Borinquen W.B.Q.N.
**10.d. Fecha en que trabajó por última vez:** 1988
**10.e. Años que trabajó en esa ocupación:** 23 Años
**11. Natural del Municipio:** Barceloneta
**Estado o País:** Puerto Rico
**12. Ciudadano de:** E.U.A.
**13. Tiempo de Residencia en Puerto Rico:** 87 Años
**14. Nombre y apellidos del Padre:** Enrique Cabán
**14.a. Natural del Municipio:** Manatí
**Estado o País:** Puerto Rico
**15. Nombre y apellidos de la Madre:** Olavida Vázquez
**15.a. Natural del Municipio:** Arecibo
**Estado o País:** Puerto Rico
**17. Número de Seguro Social:** 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
**18. Informante:** Angel M. Rivera Cabán
**Dirección Exacta del Informante:** Urb. San Salvador c/Fernández B-13 Manatí P.R.
**18.e. Relación Con el Fallecido:** Hijo

**19. CERTIFICACIÓN MÉDICA:**
**Título:** Médico
**19.b. Número de licencia:** 9027
**19.c. Fecha de la Firma:** 10 5 23

**20. CAUSA DE MUERTE:**
a. Infarto agudo miocardio — minutos
b. Falla cardíaca congestiva — años
c. Hipotiroidismo arterial — años
d. Enfermedad arterioesclerótica congestiva — años

**Otras condiciones:** Enfermedad crónica del riñón negativo congestiva

**23. ¿Se practicó autopsia?:** No
**27. Tipo de muerte:** Natural

**29.a. Médico que Certifica:** Carlos Delgado Ayo
**29.b. Número de Licencia del Médico:** 9027
**29.c. Dirección Exacta:** G-zip Urb. Apteria Manatí P.R.
**23.da. Fecha de la Firma:** 10 5 23

**30.a. Entierro:** ✓
**30.b. Fecha:** Oct 7 2013
**30.c. Nombre del cementerio:** Municipal - Altagracia
**30.d. Dirección:** Manatí, Puerto Rico

**31. AGENTE FUNERARIO:** Eduardo Cintrón
**32. ¿Fue embalsamado?:** Sí
 Nombre del embalsamador: Cándido González Meléndez
 Número de licencia: II-159
**33. Color o Raza:** Blanco
**34. Fecha de Registro:** Octubre 8 2013

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO, BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

**SECRETARIO DE SALUD**
(SECRETARY OF HEALTH)

**DEPARTAMENTO DE SALUD**
GOBIERNO DE PUERTO RICO

**DIRECTOR REGISTRO DEMOGRAFICO**
(STATE REGISTRAR)
A0941432

10/08/2013 $5.00
Sello Rentas Internas
51608-2013-1008-43403469

**ADVERTENCIA/WARNING:** No es válido sin la presente. Not valid without seen Watermark. Cualquier alteración o borradura cancela esta Certificación. Void if altered or Erased.

NO ES VÁLIDO SI SE ALTERA
VOID IF ALTERED

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL SUPREMO
OFICINA DE INSPECCION DE NOTARIAS
SAN JUAN, PUERTO RICO

REGISTRO DE TESTAMENTOS

CERTIFICACION NEGATIVA

Yo, MANUEL E. AVILA DE JESUS, Director de Inspeccion de Notarias del Tribunal Supremo De Puerto Rico, a tenor con las disposiciones del Articulo 74 de la Ley Notarial numero 75 de 2 de julio de 1987, (4LPRA 2124).

CERTIFICO: Que del Registro de Testamentos que se lleva en esta oficina no aparece que: ANA CELIA CABAN VAZQUEZ, O ANA CELIA RIVERA..................
................................................................
................................................................
................................................................
................................................................
de quien se suministra informacion en la solicitud que da origen a este certificado, haya otorgado testamento alguno.

En testimonio de lo cual y a peticion DE LA LCDA. EDNALIZ RIVERA OLMO......
................................................................
................................................................
expido la presente

DERECHOS CANCELADOS

San Juan, Puerto Rico
A: 4 de noviembre de 2013

Director Inspeccion de Notarias
Tribunal Supremo de Puerto Rico

Por: _____
Oficial Autorizado

Num. 2014-006938

**GOBIERNO DE PUERTO RICO**
**GOVERNMENT OF PUERTO RICO**

**DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO**
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

**CERTIFICADO DE NACIMIENTO**
(CERTIFICATE OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1947-00947-066709-188892-03026298

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
ANGEL MANUEL RIVERA CABAN

FECHA NACIMIENTO (BIRTHDATE)       FECHA INSCRIPCION (REGISTRATION DATE)
17 SEP 1947                         18 SEP 1947

LUGAR NACIMIENTO (BIRTHPLACE)                        SEXO (SEX)
MANATI, PUERTO RICO                                   M

NOMBRE DEL PADRE (FATHER'S NAME)                     EDAD (AGE)
ANGEL MANUEL RIVERA                                   23

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
MANATI, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)                   EDAD (AGE)
ANA CELIA CABAN                                       21

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
BARCELONETA, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
15 OCT 2013

****************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH CERTIFICATE FILED WITH THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

OFICIAL
LEY 43 DEL 15 DE JUNIO DE 1966
ENMENDADA POR LEY NUM. 331 DEL 2 DE SEPTIEMBRE DE 2000
MANATI - 0188

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

NUMERO D5389333

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela ésta Certificación
Void if altered or Erased

NO ES VALIDO SI SE ALTERA

## GOBIERNO DE PUERTO RICO
### GOVERNMENT

### DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICADO DE NACIMIENTO
(CERTIFICATE OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1948-01061-072211-183832-03026389

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
LUIS ROBERTO RIVERA CABAN

FECHA NACIMIENTO (BIRTHDATE)          FECHA INSCRIPCION (REGISTRATION DATE)
15 OCT 1948                            16 OCT 1948

LUGAR NACIMIENTO (BIRTHPLACE)                              SEXO (SEX)
MANATI, PUERTO RICO                                        M

NOMBRE DEL PADRE (FATHER'S NAME)                           EDAD (AGE)
ANGEL MANUEL RIVERA                                        26

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
MANATI, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)                         EDAD (AGE)
ANA CELIA CABAN                                            21

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
MANATI, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
21 OCT 2013

*************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE      THIS IS AN ABSTRACT OF THE BIRTH CERTIFICATE
NACIMIENTO OFICIALMENTE INSCRITO EN EL       FILED WITH THE DEMOGRAPHIC REGISTRY OF
REGISTRO DEMOGRAFICO DE PUERTO RICO          PUERTO RICO ISSUED UNDER THE AUTHORITY OF
BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24    LAW 24, APRIL 22, 1931
DEL 22 DE ABRIL DE 1931

OFICIAL
LEY 43 DEL 16 DE
JUNIO DE 1966
ENMENDADA POR
LEY NUM. 331 DEL
2 DE SEPTIEMBRE
DE 2000
MANATI - 0188

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

NUMERO 05389533

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela ésta Certificación
Void if altered or Erased

Rev. 5/11

NO ES VALIDO SI SE ALTERA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE
ANGEL M RIVERA PANTOJA

CASE NUMBER: 13-00189-ESL
CHAPTER 13

Debtors

TRUSTEE'S CONSIGNMENT OF DEBTOR'S FUNDS
BY VIRTUE OF DEATH

**TO THE HONORABLE COURT:**

**COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, by and through the undersigned staff attorney and very respectfully, **ALLEGES**, **STATES** and **PRAYS**:

1. The Trustee herein consigns the check number **2126916** for the amount of $3,650.00 of funds that belongs to debtor:

   **ANGEL M RIVERA PANTOJA**
   PO BOX 215
   MANATI PR 00674

2. The Trustee is consigning said funds since the case was voluntary dismissed on October 08,2013. **Docket 66.**

   **WHEREFORE**, for the reasons stated herein it is respectfully requested from the Court to note the above and allow for the deposit of these funds with the Clerk of the Court with check number **2126916.**

   **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to the following: lcdojaimerodriguez@yahoo.com. I further certify that I have mailed this document by First Class Mail postage prepaid to debtors to PO BOX 215, MANATI, PR 00674

CASE NUMBER: 13-00189 ESL
Page 2 of 2

In San Juan, Puerto Rico, this December 30, 2013.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: **/s/PEDRO RAFAEL MEDINA HERNANDEZ**
PEDRO RAFAEL MEDINA HERNANDEZ
Staff Attorney
USDC-PR # 226614

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY THAT ON THIS SAME DATE I FILED THE ABOVE DOCUMENT WITH THE CLERK OF THE COURT AT THE US BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. I FURTHER CERTIFY THAT I HAVE MAILED A POSTAGE PREPAID OF THIS MOTION TO THE CHAPTER 13 TRUSTEE, ALEJANDRO OLIVERAS RIVERA.