## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 13-00189 ESL |
| ANGEL M RIVERA PANTOJA | Chapter 13 |
| XXX-XX-3996 | |
| | FILED & ENTERED ON 01/23/2014 |
| Debtor(s) | |

### ORDER

The Trustee's Consignment of Debtor's Funds (docket #70) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of January, 2014.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge