IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

                                CASE NO. 13-00189 ESL

ANGEL M RIVERA PANTOJA          Chapter 13

XXX-XX-3996

                                FILED & ENTERED ON 01/23/2014

            Debtor(s)

## ORDER

The application for payment of unclaimed funds to claimant, filed by Sucesion of Angel Manuel Rivera Pantoja composed by Angel Manuel Rivera Caban and Luis Roberto Rivera Caban, for the amount of $3,650.00 (docket entry #73) is hereby granted. The Clerk shall disburse the amount of $3,650.00 to Angel Manuel Rivera Caban and Luis Roberto Rivera Caban.

SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of January, 2014.

                                    _____
                                    Enrique S. Lamoutte Inclan
                                    U. S. Bankruptcy Judge

c:    DEBTOR
       JAIME  RODRIGUEZ RODRIGUEZ
       ALEJANDRO  OLIVERAS RIVERA
       FINANCE DEPT