United States Bankruptcy Court
District of Puerto Rico

In re:  
ANGEL M RIVERA PANTOJA  
    Debtor

Case No. 13-00189-ESL  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: rosadoc     Page 1 of 1     Date Rcvd: Jan 23, 2014  
                        Form ID: pdf002     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2014.  
db         +ANGEL M RIVERA PANTOJA,    PO BOX 215,    MANATI, PR 00674-0215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2014                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2014 at the address(es) listed below:
         ALEJANDRO  OLIVERAS RIVERA    aorecf@ch13sju.com
         ALEJANDRO  OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO  OLIVERAS RIVERA aorecf@ch13sju.com
         DANIEL  MOLINA LOPEZ    on behalf of Creditor   ORIENTAL BANK & TRUST dml@trdlaw.com, i.cartagena@trdlaw.com;noticesdml@yahoo.com;n.salvador@trdlaw.com
         EDUARDO M VERAY    on behalf of Creditor   BANCO POPULAR PR eduardo.veray@popular.com, eduardoveray@gmail.com
         ISMAEL H HERRERO III    on behalf of Creditor   SCOTIABANK PR herreroilll@herrerolaw.com, rowdog75@hotmail.com
         JAIME  RODRIGUEZ RODRIGUEZ    on behalf of Debtor ANGEL M RIVERA PANTOJA lcdojaimerodriguez@yahoo.com, lcdojaimerodriguez@gmail.com
         MICHAEL  McCORMICK    on behalf of Creditor   REVERSE MORTGAGE SOLUTIONS bkmail@prommis.com
         MIGDALIA  EFFIE GUASP    on behalf of Creditor   BANCO POPULAR PR megbky@bppr.com, migdalia.guasp@popular.com
         MIREYA  BALTAZAR SUAZO    on behalf of Creditor   CANDEL COOP (COOP A/C NTRA. SENORA DE LA CANDELARIA) mbs@abogadosdeamerica.com, quiebras@abogadosdeamerica.com;mireyabaltazar@hotmail.com
         MONSITA  LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov
         PEDRO RAFAEL MEDINA HERNANDEZ    on behalf of Trustee ALEJANDRO  OLIVERAS RIVERA aorecf@ch13sju.com
                                                                                                              TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL M RIVERA PANTOJA

CASE NO. 13-00189 ESL

Chapter 13

XXX-XX-3996

**FILED & ENTERED ON 01/23/2014**

Debtor(s)

### ORDER

The Motion to Withdraw Application for Compensation filed by Debtor's Attorney, Jaime Rodriguez Rodriguez (docket #69) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of January, 2014.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

c:  DEBTOR
    JAIME  RODRIGUEZ RODRIGUEZ
    ALEJANDRO  OLIVERAS RIVERA